United States Bankruptcy Court
District of Minnesota

IN RE:                                               Case No. _____

First Step Financial, Inc.                           Chapter 7
_____
       Debtor(s)

## SIGNATURE DECLARATION

☒ PETITION, SCHEDULES & STATEMENTS

☐ CHAPTER 13 PLAN

☐ SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION

☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

☐ MODIFIED CHAPTER 13 PLAN

☐ OTHER (Please describe) _____

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

- [individual debtors only] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

- I consent to my attorney electronically filing with United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

- [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: August 8, 2007

X _/s/ Cara Jones_____                  X _____
Signature of Debtor or Authorized Representative    Signature of Joint Debtor

Cara Jones_____                      _____
Printed Name of Debtor or Authorized Representative  Printed Name of Joint Debtor

SIGNATURE DECLARATION